# BY THE MEMBERS OF STEELWORKS WEIGHTLIFTING, LLC
# A RESOLUTION

### AUTHORIZING THE FILING OF A CHAPTER 7 BANKRUPTCY

**WHEREAS**, the Company is insolvent and unable to pay its debts when due, and

**WHEREAS**, the Company and its creditors would best be served by liquidation of the Company under Chapter 7 of the Bankruptcy Code:

**NOW, THEREFORE, BE IT RESOLVED**, that the Company file as soon as practicable for liquidation pursuant to Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified Secretary and the custodian of the books and records and seal of Steelworks Weightlifting, LLC, a limited liability company duly formed pursuant to the laws of the state of Pennsylvania and that the foregoing is a true record of a resolution duly adopted at a meeting of the members and that said meeting was held in accordance with state law and the Bylaws of the above-named Company on this date, and that said resolution is now in full force and effect without modification or rescission.

**IN WITNESS WHEREOF**, I have executed my name as Sole Member and have hereunto affixed the corporate seal of the above-named Company this twenty seventh day of August, two thousand twenty-four.

_Brian Terpak (Aug 27, 2024 11:57 EDT)_

Brian Terpak