*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Steelworks Weightlifting, LLC ) | Case No. 24–13126–amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 7 |
| ) | |
| ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix Due 9/12/24
    Schedule A/B Due 9/19/24
    Schedule D Due 9/19/24
    Schedule E/F Due 9/19/24
    Schedule G Due 9/19/24
    Schedule H Due 9/19/24
    Statement of Financial Affairs Due 9/19/24
    Summary of Assets and Liabilities Due 9/19/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: September 5, 2024

By the Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court