IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  24-13126 |
| | : | |
| STEELWORKS WEIGHTLIFTING, LLC, | : | |
| | : | |
| Debtor | : | Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To:     The Clerk of the Court

Kindly enter my appearance on behalf of Tompkins Community Bank in the above-captioned proceeding.  Please direct copies of all notices to:

> Charles N. Shurr, Jr., Esquire
> Kozloff Stoudt
> 2640 Westview Drive
> Wyomissing, PA 19610

                                                                KOZLOFF STOUDT

                                                                By: _____
                                                                Charles N. Shurr, Jr., Esquire
                                                                2640 Westview Drive
                                                                Wyomissing, PA 19610
                                                                610-670-2552
                                                                Attorneys for Tompkins Community Bank