IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 24-13126 |
| | : | |
| STEELWORKS WEIGHTLIFTING, LLC, | : : | |
| Debtor | : | Chapter 7 |

## CERTIFICATE OF SERVICE

I, Charles N. Shurr, Jr., Esquire, do hereby certify that on September _10_, 2024, I caused one (1) copy of my Entry of Appearance and Request for Notices to be served via U.S. Mail – First Class Delivery, postage prepaid, to the parties listed below who are not registered for electronic filing with the U.S. Bankruptcy Court:

Steelworks Weightlifting, LLC
c/o Brian Terpak
127 Sunset Road
Springvale, ME 04083

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Robert H. Holber
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

KOZLOFF STOUDT

By: _/s/ Charles N. Shurr, Jr._
Charles N. Shurr, Jr., Esquire
Attorneys for Tompkins Community Bank