Fill in this information to identify the case:

Debtor name: **Steelworks Weightlifting, LLC**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**
(State)

Case number (If known): **24-13126**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street / City State ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State ZIP Code | | ☐ D  ☐ E/F  ☐ G |

Debtor **Steelworks Weightlifting, LLC**  
Name

Case number (if known) **24-13126**

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street <br><br> City    State    ZIP Code | | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | | Street <br><br> City    State    ZIP Code | | ❏ D <br> ❏ E/F <br> ❏ G |