*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Steelworks Weightlifting, LLC : Case No. 24–13126–amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , October 11, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Chief Judge, United States Bankruptcy Court

16
Form 195